### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANNON MARIE CIRIACO, | : | |
| *Plaintiff,* | : | **CIVIL ACTION** |
| v. | : | No. 25-57 |
| | : | |
| FRANK BISIGNANO, | : | |
| **Commissioner of Social Security,** | : | |
| *Defendant.* | : | |

### ORDER

**AND NOW**, this **5th** day of **February 2026**, upon consideration of Plaintiff's Motion for Summary Judgment (ECF 10), the Commissioner's Response (ECF 11), and the underlying Administrative Record (ECF 8), and for the reasons stated in the accompanying Memorandum of Law, it is **ORDERED** that:

1. Plaintiff's Motion for Summary Judgment is **DENIED,** and the final order of the Commissioner of Social Security is **AFFIRMED**;

2. **JUDGMENT** is entered in favor of Defendant Frank Bisignano, Commissioner of Social Security and against Plaintiff Shannon Marie Ciriaco; and

3. The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

_____

**HON. JOSÉ RAÚL ARTEAGA**
*United States Magistrate Judge*
*Eastern District of Pennsylvania*